

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-79,370-02

### IN RE STEVEN MORGAN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 10F0084-005 IN THE 5TH DISTRICT COURT
### FROM BOWIE COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that on February 16, 2016, he filed a motion for DNA testing under Chapter 64 of the Code of Criminal Procedure and that the Respondent has not ruled on his motion.

In these circumstances, additional facts are needed. The Respondent, Judge of the 5th District Court of Bowie County, is ordered to file a response with this Court. In his response, the Respondent shall state whether Relator filed a proper motion under Chapter 64 and whether the Respondent ruled on his motion. If the Respondent has not ruled on his motion, he shall state the reasons for his failure

to do so. This application for leave to file a writ of mandamus will be held in abeyance until the Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: March 22, 2017
Do not publish